UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-14359<br>CHAPTER 13 |
| MONICA D. HILL | : | JUDGE JEFFERY P. HOPKINS |
| DEBTOR | : | SUPPLEMENTAL NOTICE OF INTENTION TO PAY CLAIMS |

    Now comes the Chapter 13 Trustee, Margaret A. Burks, and gives Notice of her intention to pay the following claim(s) in the amounts set forth below, pursuant to 11 U.S.C. § 502. The following claim(s) were not included on a previous Notice of Intention to Pay Claims.

| Name & Notice Address of Creditor | Supplemented Claim Amount | Percentage Allowed | Classification |
|---|---|---|---|
| SELENE FINANCE<br>9990 RICHMOND AVENUE<br>SUITE 400 SOUTH<br>HOUSTON, TX  77042 | $1,818.33 | 100.00% | (2018) PREPETITION ARREARS |
| | | | Court Claim Number  13 |

Total Claim Amount: $1,818.33           Total Balance Due: $1,818.33

    The Trustee has examined the claim(s) and unless there is a written objection filed with the Bankruptcy Court within thirty (30) days of the date of service of this Notice, these claims will be paid.

    **Any objection to a claim must be filed pursuant to LBR 3007-1.  File an objection to the CLAIM, not to the Notice.**

/s/   Margaret A. Burks, Esq.
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney No. OH 0030377

Francis J. DiCesare, Esq.
Staff Attorney
Attorney No. OH 0038798

Tammy E. Stickley, Esq.
Staff Attorney
Attorney Reg No. OH 0090122

600 Vine Street, Suite 2200
Cincinnati, OH 45202
(513) 621-4488
(513) 621 2643 (Facsimile)
mburks@cinn13.org - Correspondence only
fdicesare@cinn13.org
tstickley@cinn13.org

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Supplemental Notice of Intention to Pay Claims was served **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and

by **ordinary U.S. Mail** on April 04, 2019  addressed to:

MONICA D. HILL, 2680 N. PIERSON RD., OXFORD, OH  45056

SELENE FINANCE, 9990 RICHMOND AVENUE, SUITE 400 SOUTH, HOUSTON, TX  77042

/s/    Margaret A. Burks, Esq.
Margaret A. Burks, Esq.