**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: October 17, 2019**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-14359 |
| MONICA D. HILL | : | CHAPTER 13 |
| DEBTOR | : | JUDGE HOPKINS |

**AGREED ORDER ON TRUSTEE'S MOTION TO DISMISS (Doc. 87)**

This cause came before the Court upon the Motion to Dismiss of the Chapter 13 Trustee (Doc.87) and debtor's Objection thereto (Doc. 91); and the Court orders the following per the agreement of the parties:

Debtor's plan is hereby modified to increase plan payments to $1,670.00 per month beginning with the plan payment due for **November, 2019** so that the plan may complete within 60 months. Debtor has adjusted her monthly expenses to accommodate this **$259.00** per month plan increase and has filed Amended Schedules I & J demonstrating Debtor's current budget. Trustee will increase monthly payments to remaining unpaid creditors per the filed plan. No other creditor or party in interest is adversely affected by this plan modification.

The Motion to Dismiss shall be considered withdrawn, except that upon debtors' failure to tender one full payment in the newly proposed amount of $1,670.00 on or before November 30, 2019 the Trustee may upload a dismissal order which shall be entered without further hearing. The debtor has caused to be filed a new payroll order in the new amount.

IT IS SO ORDERED.

Agreed:

/s/ Margaret A. Burks, Esq. /s/ Paul J. Minnillo per email authority on 10/15/19
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney Reg. No. OH 0030377

Francis J. Dicesare, Esq.
Staff Attorney
Attorney Reg. No. OH 0038798

600 Vine Street
Suite 2200
Cincinnati, OH 45202
513 621-4488
513 621-2643 Facsimile

/s/ Paul J. Minnillo
Paul J. Minnillo (0065744)
MINNILLO & JENKINS Co. LPA
2712 Observatory Ave.
Cincinnati, OH 45208
(513)723-1600/(513) 723-1620 (Fax)
pjminnillo@minnillojenkins.com

Copies to: Default List